UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR KASIANOV,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>GAMBOA,<br><br>　　　　　Respondent. | No. 2:22-cv-2324 CKD P<br><br><br>ORDER |

Petitioner is proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has filed a motion asking for:

1. Leave to Amend his "Final Proposed Exhibit List" in rebuttal to a point that may be raised by respondent in respondent's answer; and

2. The court to order respondent to "respond to Petitioner's issues in the way of the 'Letter of the Law' and explain how they are contrary to the facts and/or the law."

As petitioner knows, respondent has been ordered to file a response to petitioner's petition for a writ of habeas corpus. Respondent was also informed that "[a]n answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition." ECF No. 7. After respondent responds, petitioner is free to file a traverse or a reply.

/////

/////

1

ECF No. 7. Petitioner fails to point to anything suggesting any further order concerning the presentation of his petition for writ of habeas corpus is appropriate at this time.

Therefore, IT IS HEREBY ORDERED that petitioner's June 8, 2023, motion is denied.

Dated: June 14, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
kasi2324.101a

2