UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR KASIANOV, | No. 2:22-cv-2324 CKD P |
| Petitioner, | |
| v. | ORDER |
| GAMBOA, | |
| Respondent. | |

Petitioner has filed a motion seeking leave to conduct discovery. In a 28 U.S.C. § 2254 action, the court may permit discovery upon a showing of good cause. See Rule 6, Rules Governing Section 2254 Cases. Petitioner has not made that showing. Respondent has not yet filed a response to the § 2254 petition, so it is not clear that any discovery is warranted or permissible under the law. Accordingly, IT IS HEREBY ORDERED that petitioner's motion for discovery (ECF No. 13) is denied.

Dated: June 20, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
kasi2324.disc