UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR KASIANOV, | No.  2:22-cv-2324 CKD P |
| Petitioner, | |
| v. | ORDER |
| GAMBOA, | |
| Respondent. | |

Petitioner filed his second request for an extension of time to file a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Petitioner's request for an extension of time (ECF No. 24) is granted; and

2.  Petitioner is granted until September 30, 2023, in which to file a traverse.

Dated:  August 16, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
kasi2324.111.sec

1