Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
OLEKSANDR KASIANOV

# United States District Court
## for the Eastern District of California
### Sacramento Courthouse

| | |
|---|---|
| OLEKSANDR KASIANOV,<br><br>    *Petitioner*,<br>vs.<br><br>GAMBOA,<br><br>    *Respondent,* | No. **2:22-cv-02324-CKD**<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br><br>*(Unopposed)* |

Good cause appearing, and the motion being unopposed, this court grants petitioner's request for a 33 day extension of time to file a traverse, from Thursday, November 30, 2023 to Tuesday, January 2, 2024.

Dated:  November 30, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE