UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR KASIANOV,<br><br>Petitioner,<br><br>v.<br><br>WARDEN GAMBOA,<br><br>Respondent. | No.  2:22-cv-2324 CKD P<br><br><br><br><br><br>ORDER |

On August 27, 2025, petitioner's petition for a writ of habeas corpus was denied.  A certificate of appealability as to the denial of a petition for writ of habeas corpus may issue under 28 U.S.C. § 2253 only if there has been a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(3).  As that showing has not been made, the court declines to grant a certificate of appealability.[1]

Dated:  September 23, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
kasi2324.coa

---

[1] Both parties have consented to have all matters in this action before a United States Magistrate Judge.  See 28 U.S.C. § 636(c), ECF No. 17.